IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARK OF SAFETY APOSTOLIC | ) | Judge Cox |
| FAITH TEMPLE, INC. | ) | |
| | ) | |
| Debtor. | ) | Case No. 09-31025 |
| | ) | |
| | ) | Hearing: 9/8/2009 at 9:30 a.m. |

## NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that on September 8, 2009 at 9:30 a.m., the undersigned will appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present DEBTORS' MOTION TO EXTEND TIME TO FILE ORIGINAL SCHEDULES, LISTS OF CREDITORS AND EQUITY SECURITY HOLDERS, a copy of which is enclosed herewith and served upon you.

/s/ Forrest L. Ingram

**Forrest L. Ingram, #3129032**
**Peter L. Berk**
**Patrick F. Lambe**
**Helena Milman**
**Forrest L. Ingram, P.C.**
**79 W. Monroe St., Suite 900**
**Chicago, IL  60603**
**(312) 759-2838**

## CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, or by US Mail, as indicated on the list, on September 3, 2009.

/s/Forrest L. Ingram

## SERVICE LIST

**<u>Via CM/ECF</u>**
**US Trustee**
**William T. Neary**
**Office of the United States Trustee**
**Northern District of Illinois**
**219 S. Dearborn St., Room 873**
**Chicago, IL 60604**

**<u> VIA FACSIMILE</u>**
**Debtor**
**Ark of Safety Apostolic Faith Temple, Inc.**
**5241-49 W. 23rd Street**
**Cicero, IL 60804**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ARK OF SAFETY APOSTOLIC ) | Judge Cox |
| FAITH TEMPLE, INC. ) | |
| ) | |
|    Debtor. ) | Case No. 09-31025 |
| ) | |
| ) | Hearing: 9/8/2009 at 9:30 a.m. |

**DEBTORS' MOTION TO EXTEND TIME TO FILE ORIGINAL SCHEDULES,
LISTS OF CREDITORS AND EQUITY SECURITY HOLDERS.**

NOW COMES Debtor, Ark of Safety Apostolic Faith Temple, Inc.., ("Debtor") by and through its attorneys at Forrest L. Ingram, P.C., and for its Motion to Extend Time to File Original Schedules, states as follows:

1    On August 24, 2009, Debtor filed its Chapter 11 petition.

2    Pursuant to Rule 1007, Debtor's Original Schedules, lists of Creditors and Equity Security Holders are due by September 7, 2009.

3    Rule 1007 further states that time for filing the Original Schedules, lists of Creditors and Equity Security Holders may be extended for cause shown and on notices to the US Trustee and any other party as the court may direct.

4    Debtor is currently involved in obtaining financial records to assure accurate schedules.

5    Debtor's 341(a) meeting is currently scheduled for September 30, 2009.

6    Debtor's attorneys seek an extension of time to file Original Schedules by September 22, 2009.

7    Debtor's request for extension of time is not done to prejudice any parties in the case, but simply to allow Debtor to complete its schedules fully and accurately.

WHEREFORE, Debtor respectfully request that this Court enter an order extending time to file Debtor's Original Schedules, Lists of Creditors and Equity Security Holders until September 22, 2009 and for such other and further relief this court may deem just.

>                    Respectfully submitted,
>                    **ARK OF SAFETY APOSTOLIC FAITH TEMPLE, INC.**
>
>                    By:    /s/ Forrest L. Ingram
>                           One of its attorneys

**Forrest L. Ingram**
**Helena Milman**
**Forrest L. Ingram, P.C.**
**79 W. Monroe St., Suite 900**
**Chicago, IL  60603**
**(312) 759-2838**