## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ARK OF SAFETY APOSTOLIC., ) | Case No. 09 B 31025 |
| FAITH TEMPLE, INC. ) | |
| ) | |
| Debtor and Debtor in Possession. ) | Hon. Jacqueline P. Cox |
| ) | Hearing: 09/24/2009 at 9:30 a.m. |

### NOTICE OF MOTION

To:   See attached service list

   PLEASE TAKE NOTICE that on September 24, 2009, at 9:30 a.m., I shall appear before the Honorable Jacqueline P. Cox, or any other Judge sitting in her stead, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtor's **Application to Employ Attorneys for Debtor**, a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram #3129032
Peter L. Berk
Patrick Lambe
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

### CERTIFICATE OF SERVICE

   I, Vik Chaudhry, a non-attorney, certify that I caused a true and correct copy of the foregoing notice and the document to which it refers to be served upon the parties listed on the attached service list, either by ECF electronic delivery or by regular mail, as indicated on the list, by 5:00 P.M. on September 8, 2009.

/s/ Vik Chaudhry

## SERVICE LIST

**By ECF Notice:**

William T. Neary
Office of the U.S. Trustee, Region 11
219 South Dearborn, 8th Floor
Chicago, IL 60606

**By Regular Mail:**
**Debtor**

Ark of Safety Apostolic Faith Temple, Inc.
5241-49 W. 23rd St.
Cicero, IL 60804
Attn: Bishop Herman H. Jackson

Affiliated Systems
1441 Branding Lane, Suite 260
Summit Argo, IL 60501

Contrell Jenkins
5243 West 23rd St.
Cicero, IL 60804

JP Morgan Chase Bank
25 East Washington St., Suite 1000
Chicago, IL 60602-1705

Nicor Gas
Attn: Bankruptcy & Collections
P.O. Box 549
Aurora, IL 60507-0549

A.D.T. Security
111 Windsor Dr.
Oak Brook, IL 60532

Com Ed Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60532

Gutwin Commercial Inc.
2302 West North Ave.
Chicago, IL

McCarthy, Burgess & Wolf
C/O Kyocera Copier Inc
26000 Cannon Rd
Bedford, OH 44146-1807

World Electronic Inc.
10794 NW 53rd Street
Fort Lauderdale, FL 33351

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARK OF SAFETY APOSTOLIC., | ) | Case No. 09 B 31025 |
| FAITH TEMPLE, INC. | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing: 09/24/2009 at 9:30 a.m. |

### APPLICATION TO EMPLOY ATTORNEYS FOR DEBTOR

NOW COMES the Debtor and Debtor in Possession ARK OF SAFETY APOSTOLIC FAITH TEMPLE, INC. (the "Debtor"), and applies to this Honorable Court for authority to employ Forrest L. Ingram, Peter L. Berk "of counsel", and Patrick Lambe of the law firm of Forrest L. Ingram, P.C. (hereinafter "**FORREST L. INGRAM, P.C.**"), as attorneys for the Debtor, for these reasons:

1. On August 24, 2009, the Debtor filed a voluntary petition under Chapter 11, Title 11, United States Code.

2. The Debtor is a church that is located at 5241-49 W. 23rd St., in Cicero, Illinois and is an active registered not-for-profit corporation in the state of Illinois, with its agent's address listed as 5247 W. 23rd St., Cicero, IL 60804.

3. The Debtor will need to be represented by competent Chapter 11 counsel, and to that end seeks to employ Forrest L. Ingram, P.C. on a retainer of $8,000.00, plus a filing fee of $1,039.00, in accordance with the Engagement Agreement attached hereto as **Exhibit A**. Pursuant to the Engagement Agreement, the services of Forrest L. Ingram shall be billed at $440.00 per hour, the services of Peter L. Berk shall be billed at $250.00

1

per hour, the services of Patrick Lambe will be billed at $225.00 per hour, and clerks will be billed at $90.00 per hour.

4. Forrest L. Ingram, P.C. has considerable experience in Chapter 11 proceedings and therefore is well qualified to represent the Debtor and Debtor in Possession. Among the many Chapter 11 Debtors whom Forrest L. Ingram has represented are: Del Ricco Brothers Construction, Inc., 88 B 13909 (confirmed); American Underground Engineering, Inc., 88 B 18726 (confirmed); Gojko and Andjelka Ilic, 92 B 14006 (confirmed); Spiers Graff Spiers [a partnership], 93 B 9928 (confirmed) Dr. Galo L. Tan, M.D.S.C. 95 B 25772 (confirmed); Emerald Sewer and Plumbing, 97 B 17793 (confirmed); Midwest Imports International, Inc., 97 B7826 (confirmed); Chicago Security, Inc., 96 B 8254 (confirmed); Career Dimensions, Inc. 97 B 5418 (confirmed); Michael Kuchejda, 99 B 13732 (confirmed); Marjorie Lynn Mungo, 00 B 20606 (confirmed); Headline Promotions, Inc., 00 B 24010 (confirmed); James E. Collins, 00 B 6016 (confirmed); A&K Construction Co., Inc., 01 B 20980 (confirmed); Stanley and Lillian Golba, 01 B 04142 (confirmed); Zepeda Construction Services, Inc., 02 B 18501 (confirmed); Richard and Pamela Kortan, 07 B 07395 (confirmed); David Kortan, 07 B 18547 (confirmed); Amy and Gary Arbuckle, 08 B 09778 (confirmed); Brook Architecture, Inc., 08-24913 (confirmed); and New Mount Olive Church of God in Christ, 08-18742 (confirmed).

5. It is in the best interests of the estate of the Debtor and its creditors that the Debtor be authorized to employ Forrest L. Ingram, P.C. to represent the Debtor in these proceedings.

6. Forrest L. Ingram, P.C. will render professional services, as follows:

2

(a) To advise and consult with the Debtors about their legal status and obligations and duties as Debtors in Possession;
(b) To aid the Debtors in negotiations with their creditors and in the drafting of a Plan of Reorganization;
(c) To advise and consult with the Debtors regarding claims that may be inappropriately filed or filed in error and to prepare and litigate objections thereto;
(d) To prepare motions, applications, and other court papers and to appear before the Court regarding such matters as set forth in said court papers and to seek relief in accordance with said court papers, together with the preparation of the necessary orders thereto;
(e) To defend actions that may be instituted against the Debtors in these proceedings, and to litigate matters relating to said proceedings; and
(f) To perform and do all legal services that may be required by the Debtors in connection with, among other things, preserving the property of the estate and other activities incident to these proceedings.

7. Forrest L. Ingram, P.C. will **not** render any accounting services to the Debtor or prepare or file any tax returns on behalf of the Debtor.

8. To the best of their knowledge, the attorneys of Forrest L. Ingram, P.C. have no material connection with the Debtor, its creditors or any other parties in interest or their respective attorneys. See the Affidavits of Proposed Attorney, attached as **Exhibit B.**

**WHEREFORE**, the Debtor and Debtor in Possession pray that it be authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram, Peter L. Berk "of counsel", and Patrick Lambe of **FORREST L. INGRAM, P.C.**, on a retainer of $8,000.00 to represent the Debtor and Debtor in Possession in this Chapter 11 case in accordance with the attached Engagement Agreement.

3

Respectfully submitted,

ARK OF SAFETY APOSTOLIC FAITH TEMPLE, INC.

By: /s/ Forrest L. Ingram
One of its attorneys

Forrest L. Ingram #3129032
Peter L. Berk
Patrick Lambe
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

4