## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Ark of Safety Apostolic Faith Temple, Inc., | ) | Case No. 09 B 31025 |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | |

### ORDER REQUIRING FILING OF A PLAN AND DISCLOSURE STATEMENT AND SETTING PRE-CONFIRMATION STATUS HEARING

For the reasons stated from the bench at the hearing held in this case on September 24, 2009, it is ordered that Debtor file its plan and disclosure statement on or before December 22, 2009.   And it is further ordered that the Court will hold a pre-confirmation status hearing on January 5, 2010 at 10:30 a.m.


DATED: 9/24/09

ENTER: _____
Jacqueline P. Cox
United States Bankruptcy Judge