IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple   CASE NO. 09-31025

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending October 31, 2009

BEGINNING BALANCE IN ALL ACCOUNTS   $ 338.88

RECEIPTS:
1. Receipts from operations   $ 2220
2. Other Receipts   $ 4238.28

DISBURSEMENTS:
3. Net payroll:
   a. Officers   $ N/A
   b. Others   $ N/A

4. Taxes
   a. Federal Income Taxes   $ N/A
   b. FICA withholdings   $ N/A
   c. Employee's withholdings   $ N/A
   d. Employer's FICA   $ N/A
   e. Federal Unemployment Taxes   $ N/A
   f. State Income Tax   $ N/A
   g. State Employee withholdings   $ N/A
   h. All other state taxes   $ N/A

5. Necessary expenses:
   a. Rent or mortgage payments(s)   $ 0
   b. Utilities   $ 184.00 + 4.50 = 188.50
   c. Insurance   $ 3.74 GAS
   d. Merchandise bought for manufacture or sale   $ 0
   e. Other necessary expenses (specify)
      Van Rental & Gasoline   $ 1,120
      Jessie Plumbing + heating (Repairs Boiler)   $ 3157.28

TOTAL DISBURSEMENTS   $ 4469.12

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 1989.16

ENDING BALANCE IN 5/3RD Bank (Name of Bank)   $ 2328.04
ENDING BALANCE IN N/A (Name of Bank)   $ 0

ENDING BALANCE IN ALL ACCOUNTS   $ 2328.04

OPERATING REPORT Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple    CASE NO.: 09-31025

**RECEIPTS LISTING**

FOR MONTH ENDING October 31, 2009

Bank: 5/3rd Bank

Location: 8140 South Ashland Ave Chgo, IL

Account Name: Ark of Safety Apostolic Faith Temple Inc D.I.P

Account No.: 7237135293

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 1) October 1, 2009 | Rent/Lease | $1,170 |
| 2) October 1, 2009 | Rent/Lease (Spanish ministry) | $1,050 |
| 3) October 4, 2009 | Tithes & offering (Covenant church) | $784.00 |
| 4) Oct 7, 2009 | Tithes & offering | $182.00 |
| 5) Oct 11, 2009 | Tithes & offering | $25.00 |
| 6) Oct 18, 2009 | Tithes & offering | $918.50 |
| 7) Oct 21, 2009 | Tithes & offering | $667.66 |
| 8) Oct 25, 2009 | Tithes & offering | $1185.00 |
| 9) Oct 28, 2009 | Tithes & offering | $115.00 |
| | Tithes & offering | $361.12 |

TOTAL: 6458.28

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple  CASE NO.: 09-31025

## DISBURSEMENT LISTING

FOR MONTH ENDING October 31, 2009

Bank: 5/3 rd Bank
Location: 8140 South Ashland Chicago, IL
Account Name: Ark of Safety Apostolic Faith Temple Inc D.I.P
Account No.: 7237135293

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1) October 4th | Cash From.. | Van Transportation | $280.00 |
| 2) Oct 11th | Cash from.. | Van Transportation | $280.00 |
| 3) Oct 13th | Debit card | Gas | $3.34 |
| 4) Oct 13th | Debit card | Service Charge | $4.50 |
| 5) Oct 20th | Debit card | Comcast | $184.00 |
| 6) Oct 18th | Cash From.. | Van Transportation | $280 |
| 7) Oct 16th | Cash From.. | Jessie plumbing | 3157.28 |
| 8) Oct 25th | Cash From.. | Van Transportation | $280 |

TOTAL: $4469.1

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple  CASE NO.: 09-3025

FOR MONTH ENDING October 31, 2009

## STATEMENT OF INVENTORY

Beginning inventory $ N/A

Add: purchases $ N/A

Less: goods sold (cost basis) $ N/A

Ending inventory $ N/A

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period $ N/A

Payroll taxes due but unpaid $ N/A

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Chase Bank | sept 1st 09 | 8018.00 | 1 | $8,018.00 |
| Chase Bank | oct 1st 09 | 8018.00 | 1 | 8,018.00 |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic faith Emple Foc   CASE NO.: 09-31025

FOR MONTH ENDING October 31, 20 09

## STATEMENT OF AGED RECEIVABLES

**ACCOUNTS RECEIVABLE:**

| | |
|---|---|
| Beginning of month balance | $ N/A |
| Add: sales on account | $ |
| Less: collections | $ |
| End of month balance | $ |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 16,036 |
| Add: credit extended | $ |
| Less: payments of account | $ |
| End of month balance | $ 16,036 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 8018 | $ 8,018 | $ | $ | $ 16,036 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple, Inc    CASE NO.: 09-31025

FOR MONTH ENDING October 31, 2009

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| # | | Yes | | No |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | | No ( ) |
| 2. | FICA withholdings | Yes ( ) | NA | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | | No ( ) |
| 4. | Employer's FICA | Yes ( ) | | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | | No ( ) |
| 6. | State Income Tax | Yes ( ) ✓ | | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | | No ( ) |
| 8. | All other state taxes | Yes ( ) | | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT   Page 6

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service<br>**Verification of Fiduciary's Federal Tax Deposit** |
|---|---|

*Do not attach this Notice to your Return*

| TO | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
|---|---|
| FROM: | Name of Taxpayer            N/A |
|  | Taxpayer Address |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1 | Form 941 Federal Tax Deposit (FTD) Information |
|---|---|
| Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | for the payroll period from _____ to _____<br>Payroll date _____<br>Gross wages paid to employees $_____<br>Income tax withheld $_____<br>Social Security (Employer's plus Employee's share of Social Security Tax) $_____<br>Tax Deposited $_____<br>Date Deposited _____ |
| Section 2 | Form 940 Federal Tax Deposit (FTD) Information |
| Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return | for the payroll period from _____ to _____<br>Gross wages paid to employees $_____<br>Tax Deposited $_____     N/A<br>Date Deposited _____ |

**Certification**
(Certification is limited to receipt or electronic transmittal of deposit only)
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method (check box) | ☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>☐ Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941 Taxes) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 Taxes) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor's Employer Identification Number: | Name and Address of Bank | |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

| Signed: | Date: |
|---|---|
| Name and Title (print or type) | |

Cat. #43099Z                    Form 6123 (rev. 06-97)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, __Herman Jackson__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_[signature]_
For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

__President__

DATED: __11-16-09__

OPERATING REPORT Page 8