B6A (Official Form 6A) (12/07)

.

In re    **Compass Mechanical Services, Inc.**                                    ,    Case No.    **09-47131**
                                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Compass Mechanical Services, Inc.** ,    Case No. __09-47131__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **West Suburban Bank checking account** | - | 975.10 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          975.10
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Compass Mechanical Services, Inc.** _____,    Case No. ___**09-47131**_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable for business** | - | 63,205.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        63,205.00
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Compass Mechanical Services, Inc.**                                        ,    Case No.   **09-47131**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Ford F-150** | - | 6,500.00 |
| | | **2006 Chevy Silverado** | - | 9,000.00 |
| | | **Service Van - Chevy Express 3500** | - | 8,000.00 |
| | | **Service Van - Chevy Express 2500** | - | 6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. Office Equipment, including ladders, power washers, shop vacs, hand carts, table top fans, etc** | - | 10,000.00 |
| | | **Misc. Tools for business, including ladders, vacuum pumps, roof saws, pipe stands, hammer drills, recovery tanks, band saws, pipe stands, sheet metal, etc.** | - | 15,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >        54,500.00
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Compass Mechanical Services, Inc.** , Case No. **09-47131**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > (Total of this page) | **0.00** |
| | Total > | **118,680.10** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Compass Mechanical Services, Inc.**                                      Case No.    **09-47131**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xx4963**<br><br>**Enterprise Fleet Services**<br>**395 Roosevelt Road**<br>**Glen Ellyn, IL 60137** | | | | 10/11/2006<br><br>automobile<br><br>2006 Chevy Silverado | | | | | |
| | | | | Value $                9,000.00 | | | | 6,100.00 | 0.00 |
| Account No. **xxxx7824**<br><br>**Ford Motor Credit**<br>**PO Box 54200**<br>**Omaha, NE 68154-8000** | | | | 07/2005<br><br>automobile<br><br>2002 Ford F-150 | | | | | |
| | | | | Value $                6,500.00 | | | | 3,400.00 | 0.00 |
| Account No. **xxxx xxxx xxxxxx: 4115**<br><br>**West Suburban Bank**<br>**711 S. Meyers Road**<br>**Lombard, IL 60148** | | | | 2005<br><br>on assets/receivables<br><br>line of credit | | | | | |
| | | | | Value $                63,205.00 | | | | 100,000.00 | 36,795.00 |
| Account No. **xxxx xxxx xxxxxx: 7402**<br><br>**West Suburban Bank**<br>**711 S. Meyers Road**<br>**Lombard, IL 60148** | | | | 2007<br><br>on assets/receivables<br><br>term loan | | | | | |
| | | | | Value $                63,205.00 | | | | 11,000.00 | 0.00 |

  **0**    continuation sheets attached

Subtotal
(Total of this page)                120,500.00                36,795.00

Total                120,500.00                36,795.00
(Report on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Compass Mechanical Services, Inc.**                                    Case No.   **09-47131**
                                           Debtor                    ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**   continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re    **Compass Mechanical Services, Inc.** ,    Case No.    **09-47131**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | | | | | | | |
| **Pipefitters Local #597** **PO Box 94495** **Chicago, IL 60690** | - | | | | | | | 114,366.86 | 0.00 | 114,366.86 |
| Account No. | | | | | | | | | | |
| **Sheet Metal Workers Local #265** **P.O. Box 519** **West Chicago, IL 60186** | - | | | | | | | 40,419.30 | 0.00 | 40,419.30 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 154,786.16 | 154,786.16 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Compass Mechanical Services, Inc.** , Case No. **09-47131**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-x3072** <br><br>**Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60606** | - | | 01/2008 - 06/2009 <br><br>941 taxes | | | | 11,156.92 | 0.00 | 11,156.92 |
| Account No. **xxxxxx0246** <br><br>**IRS 2001 Butterfield Rd Downers Grove, IL 60515** | - | | 01/2008 - 06/2009 <br><br>941 taxes | | | | 136,254.00 | 0.00 | 136,254.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 147,410.92 | 0.00 | 147,410.92 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 302,197.08 | 0.00 | 302,197.08 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Compass Mechanical Services, Inc.**                                    Case No.    **09-47131**
_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0949**<br><br>**Air Products**<br>**1555 Louis Avenue**<br>**Elk Grove Village, IL 60007** | | - | | | | | 3,067.00 |
| Account No.<br><br>**Associated Equipment**<br>**1455 Brummel Ave**<br>**#100**<br>**Elk Grove Village, IL 60007** | | | | | | | 6,200.00 |
| Account No. **xx5988**<br><br>**Aurora Tri-State**<br>**1080 Corporate Blvd**<br>**Aurora, IL 60502** | | - | | | | | 2,417.35 |
| Account No. **xx2794**<br><br>**Bornquist, Inc.**<br>**7050 Lehigh Ave.**<br>**Chicago, IL 60646** | | - | | | | | 2,841.43 |

|  |  |
|---|---|
| __10__ continuation sheets attached | Subtotal<br>(Total of this page)   **14,525.78** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:29834-091116    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Compass Mechanical Services, Inc.** , Case No. **09-47131**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4160**<br><br>Brucker Co.<br>PO Box 5940; Dept. 20-1042<br>Carol Stream, IL 60197 | - | | | | | | 1,413.50 |
| Account No.<br><br>BTU Company<br>770 Pasquinelli Drive<br>#414<br>Westmont, IL 60559 | - | | | | | | 7,641.68 |
| Account No. **xx9874**<br><br>Cambridge Engineering<br>P.O. Box 419161<br>Creve Coeur, MO 63141 | - | | | | | | 1,112.56 |
| Account No. **xxxx xxxx xxxxxx: 4363**<br><br>Capital One<br>PO Box 60067<br>City of Industry, CA 91716 | - | | | | | | 3,442.43 |
| Account No. **xx0538**<br><br>Centimark<br>PO Box 360093<br>Pittsburgh, PA 15251 | - | | | | | | 384.25 |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **13,994.42**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Compass Mechanical Services, Inc.** _____ ,  Case No. _____**09-47131**_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x1884** <br><br> **Complete Balancing Srvc** <br> **4098 N 525 W** <br> **La Porte, IN 46350** | | - | | | | | | | 960.00 |
| Account No. <br><br> **Delta-Therm** <br> **398 W. Liberty St** <br> **PO Box 345** <br> **Wauconda, IL 60084** | | - | | | | | | | 2,605.21 |
| Account No. **xxx6328** <br><br> **Department of Employment Security** <br> **33 S. State St, 10th Floor** <br> **Attn: Leviah Holt** <br> **Chicago, IL 60603** | | - | | | | | | | 4,550.20 |
| Account No. <br><br> **Dreisilker** <br> **36249 Treasury Ctr** <br> **Chicago, IL 60694** | | - | | | | | | | 1,872.56 |
| Account No. <br><br> **EIP (Tamco Distributors)** <br> **2200 W. Higgins Rd, Ste. 355** <br> **Hoffman Estates, IL 60169** | | - | | | | | | | 261.80 |

Sheet no. _**2**___ of _**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,249.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Compass Mechanical Services, Inc.** _____,    Case No. ____**09-47131**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Encompass Technologies, LTD**<br>**2542 North Ridge Ave**<br>**Arlington Heights, IL 60004** | - | | | | | | **2,000.00** |
| Account No. **xxxx01-00** <br><br>**Excelsior**<br>**1846 Collection Ctr Dr**<br>**Chicago, IL 60693** | - | | | | | | **1,354.16** |
| Account No. **xxxx-x040-0** <br><br>**Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094** | - | | | | | | **309.51** |
| Account No. **x4532** <br><br>**Ferguson Enterprises**<br>**1401 N. Cicero**<br>**Chicago, IL 60651** | - | | | | | | **262.10** |
| Account No. **x2044** <br><br>**Filter Services Illinois**<br>**2555 United Lane**<br>**Elk Grove Village, IL 60007** | - | | | | | | **1,317.36** |

Sheet no. _**3**___ of _**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,243.13**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Compass Mechanical Services, Inc.**                                  Case No.  **09-47131**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Floyd Steel Erectors**<br>**310 Reichert Rd**<br>**Wood Dale, IL 60191** | | | | | | | | 1,250.00 |
| Account No. **xxxxxx5700** | | - | | | | | | |
| **Fluid Air Products**<br>**7535**<br>**Plaza Ct**<br>**Willowbrook, IL 60527** | | | | | | | | 3,744.50 |
| Account No. **xxxxx5873** | | - | | | | | | |
| **Grainger**<br>**Dept. 865645873**<br>**Palatine, IL 60038** | | | | | | | | 4,745.88 |
| Account No. **xxxx4358** | | - | | | | | | |
| **Hilti, Inc.**<br>**PO Box 382002**<br>**Pittsburgh, PA 15250** | | | | | | | | 997.09 |
| Account No. **xxxx7749** | | - | | | | | | |
| **Home Depot Credit Services**<br>**Dept. 32 - 2003977950**<br>**PO Box 6029**<br>**The Lakes, NV 88901-6029** | | | | | | | | 1,882.39 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,619.86**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Compass Mechanical Services, Inc.**                          Case No.   **09-47131**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **329** | | | | | | | | |
| I.C.E. Inc. 305 Van Buren Rd Bolivar, TN 38008 | | - | | | | | | 531.52 |
| Account No. **xxxx1060** | | | | | | | | |
| Johnson Controls, Inc. PO Box 730743 Dallas, TX 75373 | | - | | | | | | 103.23 |
| Account No. **xx4035** | | | | | | | | |
| Johnstone Supply 480 Industrial Drive #116 Naperville, IL 60563 | | - | | | | | | 11,497.03 |
| Account No. **x2039** | | | | | | | | |
| Johnstone Supply 145 Lively Blvd Elk Grove Village, IL 60007 | | - | | | | | | 4,521.45 |
| Account No. **xx3318** | | | | | | | | |
| Johnstone Supply 6153 W. Mulford Street Niles, IL 60714 | | - | | | | | | 2,918.96 |

Sheet no.  **5**  of  **10**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    19,572.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Compass Mechanical Services, Inc.**                                      ,     Case No.    **09-47131**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx1560** | | | | | | | | |
| Liebert Corporation P.O. Box 70474 Chicago, IL 60673 | | - | | | | | | 47,102.48 |
| Account No. **3282** | | | | | | | | |
| Lift Works 1130 Carolina, Unit F West Chicago, IL 60185 | | - | | | | | | 1,837.50 |
| Account No. **xxxxx-0114** | | | | | | | | |
| Lift-A-Loft 1122 Elizabeth Ave Waukegan, IL 60085 | | - | | | | | | 466.10 |
| Account No. | | | | | | | | |
| Master Solutions 1236 Highland Ave, Ste. 2C Lombard, IL 60148 | | - | | | | | | 315.00 |
| Account No. **x4122** | | | | | | | | |
| McClean Thermal Pentair Dept. CH 14197 Palatine, IL 60055 | | - | | | | | | 1,860.54 |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **51,581.62**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Compass Mechanical Services, Inc.** _____ ,   Case No. _____**09-47131**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **T26** <br><br> **MFH Associates** <br> **111 N. Canal/Lobby NW** <br> **Chicago, IL 60606** | | - | | | | | | 1,000.00 |
| Account No. <br><br> **Moving On Up** <br> **706 Bonded Pkwy** <br> **Streamwood, IL 60107** | | - | | | | | | 295.00 |
| Account No. <br><br> **Neopost Inc.** <br> **PO Box 45800** <br> **San Francisco, CA 94145** | | - | | | | | | 213.57 |
| Account No. **5461** <br><br> **Newmark Construction** <br> **PO Box 388703** <br> **Chicago, IL 60638** | | - | | | | | | 2,441.88 |
| Account No. **xxxx xxxx xxxxxx: 5954** <br><br> **Nicor** <br> **PO Box 0632** <br> **Aurora, IL 60507** | | - | | | | | | 337.98 |

Sheet no. _**7**___ of _**10**__ sheets attached to Schedule of            Subtotal        | 4,288.43 |
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Compass Mechanical Services, Inc.** ,  Case No. __**09-47131**__
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8088** | | | | | | | | |
| Outside Legal Counsel Ltd. 2135 City Gate Lane/Ste 300 Naperville, IL 60563 | - | | | | | | | 729.50 |
| Account No. **xx-xxxpass** | | | | | | | | |
| Sheet Metal Works 455 E. Algonquin Road Arlington Heights, IL 60005 | - | | | | | | | 6,657.02 |
| Account No. **xx1749** | | | | | | | | |
| Southside Control 488 N. Milwaukee Ave. Chicago, IL 60610 | - | | | | | | | 10,892.68 |
| Account No. **x4307** | | | | | | | | |
| Steiner Electric 1250 Touhy Ave Elk Grove Village, IL 60007 | - | | | | | | | 1,894.54 |
| Account No. **x6068** | | | | | | | | |
| TEC/Temp Equip Corp 17725 Volbrecht Rd Lansing, IL 60438 | - | | | | | | | 4,685.26 |

Sheet no. __**8**__ of __**10**__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)        | 24,859.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Compass Mechanical Services, Inc.**                                    Case No.    **09-47131**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0259**<br><br>Trane Co. (c/o Stein & Rotman)<br>105 W. Madison St.<br>Chicago, IL 60602 | - | | | | | | 18,500.00 |
| Account No.<br><br>UBM Mechanical Services<br>165 Easy Street<br>Carol Stream, IL 60188 | - | | | | | | 44,000.00 |
| Account No. **xx9001**<br><br>UPS Supply Chain Solutions<br>28013 Network Place<br>Chicago, IL 60673 | - | | | | | | 269.25 |
| Account No. **C0M5**<br><br>W.L. Engler Distributing<br>1035 N. Throop St.<br>Chicago, IL 60642 | - | | | | | | 11,936.94 |
| Account No. **xx4228**<br><br>York International Corp.<br>P.O. Box 905578<br>Charlotte, NC 28290 | - | | | | | | 13,678.82 |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **88,385.01**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Compass Mechanical Services, Inc.** , Case No. **09-47131**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxsm00** <br><br> **Zonatherm** <br> **251 Holbrook** <br> **Wheeling, IL 60090** | | - | | | | | 1,463.16 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,463.16

Total (Report on Summary of Schedules) | 246,782.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Compass Mechanical Services, Inc.** ,   Case No.   **09-47131**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ford Motor Credit**<br>**PO Box 54200**<br>**Omaha, NE 68154-8000** | **39 Month vehicle lease on 2008 Lincoln MKX, ends approx. June 2011** |
| **Ford Motor Credit**<br>**PO Box 54200**<br>**Omaha, NE 68154-8000** | **36 month vehicle lease on 2009 Lincoln MKS, ends approximiately June 2011** |
| **Local 265 Sheet Metal**<br>**205 Alexandra Way**<br>**Carol Stream, IL 60188** | **Collective Bargaining Agreement with employees, 6/1/2007-5/31/2010** |
| **Local 73**<br>**4550 Roosevelt Road**<br>**Hillside, IL 60162** | **Collective bargaining agreement with sheet metal workers Local 73; 6/1/2008-5/31/2011** |
| **Pipe Fitters 597**<br>**45 N. Ogden Ave**<br>**Chicago, IL 60607** | **Collective Bargaining Agreement for employees, 6/1/2008-5/31/2010** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Compass Mechanical Services, Inc.**                                   ,    Case No.    **09-47131**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mike Wojciechowski**<br>**407 Belmont Lane**<br>**Bartlett, IL 60103** | **West Suburban Bank**<br>**711 S. Meyers Road**<br>**Lombard, IL 60148** |
| **Mike Wojciechowski**<br>**407 Belmont Lane**<br>**Bartlett, IL 60103** | **West Suburban Bank**<br>**711 S. Meyers Road**<br>**Lombard, IL 60148** |
| **Raul Romero**<br>**3410 Majestic Oaks Drive**<br>**Saint Charles, IL 60174** | **West Suburban Bank**<br>**711 S. Meyers Road**<br>**Lombard, IL 60148** |
| **Raul Romero**<br>**3410 Majestic Oaks Drive**<br>**Saint Charles, IL 60174** | **West Suburban Bank**<br>**711 S. Meyers Road**<br>**Lombard, IL 60148** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy