## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor | ) | Case No. 09-10101 |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Adversary No. 09 A 500** |
| | ) | |
| EBRO FOODS, INC. | ) | |
| | ) | Hearing: 8/25/09, 10:00 A.M. |
| Defendant. | ) | |

### ORDER GRANTING LEAVE TO FILE JOINT PRETRIAL STATEMENT

THIS MATTER came to be heard on the joint motion of the parties for leave to file their Joint Pretrial Statement out of time. Due notice having been given and the Court being fully advised in the premises,

**IT IS ORDERED** that the parties are granted leave to file the Joint Pretrial Statement *instanter*.

Dated: __2 5 AUG 2009__

BY THE COURT

Honorable Eugene Wedoff
Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.