IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARK OF SAFETY APOSTOLIC | ) | Case No. 09 B 31025 |
| FAITH TEMPLE, INC. | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing: December 22, 2009 at 9:30 a.m. |

**ORDER GRANTING FIRST APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND COSTS**

THIS MATTER came to be heard on the First Application of FORREST L. INGRAM, P.C. for Interim Compensation for Professional Services and for Reimbursement of Expenses. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$6,155.00** of the professional compensation requested for the time period beginning August 20, 2009 and ending November 30, 2009.

2. FORREST L. INGRAM, P.C. is awarded **$1,055.10** for reimbursement of expenses for the time period beginning August 20, 2009 and ending November 30, 2009.

3. FORREST L. INGRAM, P.C. is authorized to apply the retainer of **$4,000.00** and the pre-petition filing fee of **$1,039.00** toward the amounts awarded.

4. DEBTOR, Ark of Safety Apostolic Faith Temple, Inc. is authorized and directed to pay FORREST L. INGRAM, P.C. the sum of **$2,171.10** in remaining professional fees and for reimbursement of expenses.

Dated:
12-22-09

BY THE COURT:

J.Cox  *Jacqueline P. Cox*
_____
The Honorable ~~Eugene R. Wedoff~~
United States Bankruptcy Judge

This order was prepared
By Forrest L. Ingram, P.C.