## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARK OF SAFETY APOSTOLIC | ) | Judge Jacqueline P. Cox |
| FAITH TEMPLE, INC. | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-31025 |
| | ) | |
| | ) | Hearing: 03/16/2010 at 9:30 a.m. |

## ORDER AND NOTICE OF COMBINED CONFIRMATION HEARING AND HEARING ON ADEQUACY OF THE DISCLOSURE STATEMENT

1.    Debtor's counsel shall serve this notice of hearing, copies of the Plan and Disclosure Statement on all creditors and parties in interest, and the ballot for accepting or rejecting the Plan upon all creditors impaired under the Plan on or before March 19, 2010.

2.    The combined confirmation hearing and hearing on adequacy of the disclosure statement is set for April 27, 2010 at 10:30 a.m., in Courtroom 619.

3.    April 21, 2009 is fixed as the last day to file written objections to the approval of the Disclosure Statement and confirmation of the Plan

4.    April 21, 2009 is fixed as the last day for those creditors entitled to vote upon the Plan to file, by written ballot, written acceptances or rejections of the Plan with the Clerk of the United States Bankruptcy Court, 210 S. Dearborn Street, Room 713, Chicago, IL 60604.

5.    April 23, 2010 is fixed as the date for the Debtor to file ballot report with the Clerk of the United States Bankruptcy Court.

6.    April 8, 2010 status on Plan and Disclosure Statement is hereby stricken.

Dated:  **3/18/10**

ENTER: _J.Cox_  *Jacqueline P. Cox*

The Honorable Jacqueline P. Cox
United States Bankruptcy Judge