IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple Inc      CASE NO. 09-31025

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending  Feb 28th, 2010

BEGINNING BALANCE IN ALL ACCOUNTS            $ 6,692.21

RECEIPTS:
    1. Receipts from operations           $ 4,720.00
    2. Other Receipts                     $ 2,414.45

DISBURSEMENTS:
    3. Net payroll:
        a. Officers                       $ 0
        b. Others                         $ 0

    4. Taxes
        a. Federal Income Taxes           $ 0
        b. FICA withholdings              $ 0
        c. Employee's withholdings        $ 0
        d. Employer's FICA                $ 0
        e. Federal Unemployment Taxes     $ 0
        f. State Income Tax               $ 0
        g. State Employee withholdings    $ 0
        h. All other state taxes          $ 0

[Margin notes:
Forest Ingram Atty Fees .620
Forest Ingram 500
Forest Ingram 500
Service Fee 14.39]

    5. Necessary expenses:
        a. Rent or mortgage payments(s)   $ 0
        b. Utilities                      $
        c. Insurance                      $ 529.27
        d. Merchandise bought for
           manufacture or sale           $ 0
        e. Other necessary expenses
           (specify)
        A  Van Rental                     $ 1,120
        B  U S Trustee                     $ 350.00

TOTAL DISBURSEMENTS                              $ 3,633.66

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 3500.79

ENDING BALANCE IN  5/3RD Bank checking          $ 8,730.00
    (Name of Bank)
ENDING BALANCE IN  A/A 5/3rd Bank               $ 1,363.
    (Name of Bank)  5/3rd Bank Checking Savings   $ 100.00

ENDING BALANCE IN ALL ACCOUNTS                   $ 10,193.00

OPERATING REPORT  Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple Inc   CASE NO.: 09-31025

## RECEIPTS LISTING

FOR MONTH ENDING Feb 28th, 2010

Bank: Fifth Third Bank

Location: 8140 South Ashland Ave Chgo IL

Account Name: Ark of Safety Apostolic Faith Temple Inc D.I.P

Account No.: ~~7003905208~~ 7237969541

All transfers come from acct # 7237135293  Due to fraud on that acct had open a[...]

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| Feb 16, 2010 | Online transfer from ck Acct | $250 |
| Feb 16, 2010 | Online transfer from ck Acct | $4,800 |
| Feb 24, 2010 | tithes + offering | $620 |
| Feb 26, 2010 | Rents | $3,600 |

TOTAL: $9270.00

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple Inc    CASE NO.: 09-31025

## RECEIPTS LISTING

FOR MONTH ENDING  Feb, 28th, 2010

Bank: Fifth Third Bank

Location: 8140 South Ashland Ave Chgo, IL

Account Name: Ark of Safety Apostolic Faith Temple Inc. D.I.P

Account No.: 7237135293

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 1) Feb 9, 2010 | tithes & offering | $275 |
| 2) Feb 11, 2010 | tithes & offering | $50 |
| 3) Feb 16, 2010 | tithes & offering | $300 |
| 4) Feb 17, 2010 | online transfer tithes & offerings | $540 |
| 5) Feb 24, 2010 | Rent lease | $1170.00 |
| 6) | | |
| 7) | | |

TOTAL: $2,335

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT  Page 2

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple Inc   CASE NO.: 09-31025

### DISBURSEMENT LISTING

FOR MONTH ENDING Feb 28th, 2010

Bank: 5/3rd Bank

Location: 8140 South Ashland Ave  Chgo, IL

Account Name: Ark of Safety Apostolic Faith Temple Inc. DIP

Account No.: 7237569541 [operations acct due to some fraudulent activity on acct # 7237135293

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1) Feb 17, 2010 | online transfer | to Acct 7237135293 Tithes and Offering | $540 |

TOTAL: $540

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple Inc  CASE NO.: 09-31025

### DISBURSEMENT LISTING

FOR MONTH ENDING  Feb 28th, 2010

Bank: 5/3rd Bank

Location: 8140 South Ashland Ave  Chgo, IL

Account Name: Ark of Safety Apostolic Faith Temple, Inc. DIP

Account No.: 7237135293

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Feb 10, 2010 | Debit | Service charge | $14.39 |
| Feb 16, 2010 | Debit | American Fam insuran | $529.27 |
| Feb 16, 2010 | Debit | online transfer to SV | $100.00 |
| Feb 16, 2010 | Funds Transfer | Acct 7237565959 D | $250.00 |
| | Fund transfer | Acct 7237569541 | $500 |
| Feb 17, 2000 | 1019 | Attorney Fee | $500 |
| Feb 17, 2010 | 1020 | Attorney Fee Forrest Ingram | |
| | | US Trustee | $350 |
| Feb 23, 2010 | 1018 | Attorney fees Forrest | |
| Feb 8, 2010 | 1015 | Attorney fee Forrest Ingram | $620 |
| Feb 16, 2010 | online transfer to new checking acct # 7237569541 | | $4,800.00 |

TOTAL: 7,663.66

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple Inc   CASE NO.: 09-31025

FOR MONTH ENDING Feb. 28th, 2010

## STATEMENT OF INVENTORY

Beginning inventory       $ N/A

Add: purchases            $

Less: goods sold          $
(cost basis)

Ending inventory          $

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period   $ N/A

Payroll taxes due but unpaid    $ N/A

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| 1) Chase Bank | Sept 1, 2009 | $8,018 | 1 | $8,018 |
| 2) Chase Bank | Oct 1, 2009 | $8,018 | 1 | $8,018 |
| 3) Chase Bank | Nov 1, 2009 | $8,018 | 1 | $8,018 |
| 4) Chase Bank | Dec 1, 2009 | $8,018 | 1 | $8,018 |
| 5) Chase Bank | Jan 1, 2010 | $8,018 | 1 | $8,018 |
| 6) Chase Bank | Feb 1, 2010 | $8,018 | 1 | $8,018 |

\* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Inc  CASE NO.: 09-31025

FOR MONTH ENDING Feb. 28th, 20 10

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes         Yes ( )    N/A    No ( )
2. FICA withholdings            Yes ( )           No ( )
3. Employee's withholdings      Yes ( )           No ( )
4. Employer's FICA              Yes ( )           No ( )
5. Federal Unemployment Taxes   Yes ( )           No ( )
6. State Income Tax             Yes ( )           No ( )
7. State Employee withholdings  Yes ( )           No ( )
8. All other state taxes        Yes ( )           No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Ark of Safety Apostolic Faith Temple Inc   CASE NO.: 09-31025

FOR MONTH ENDING Feb. 28th, 2010

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance   $ N/A

Add: sales on account   $ ↓

Less: collections   $ ↓

End of month balance   $

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance   $

Add: credit extended   $

Less: payments of account   $

End of month balance   $

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 8018 | $ 8018 | $ 8018 | $ 24,054 | $ 40,090 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT  Page 5

Form 6123
(Rev. 06-97)

## Verification of Fiduciary's Federal Tax Deposit

**Do not attach this Notice to your Return**

| | | |
|---|---|---|
| TO | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function | N/A |
| FROM: | Name of Taxpayer | |
| | Taxpayer Address | |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

**Section 1**

Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return

**Form 941 Federal Tax Deposit (FTD) Information**

for the payroll period from _____ to _____

Payroll date _____

Gross wages paid to employees $_____

Income tax withheld $_____

Social Security (Employer's plus Employee's share of Social Security Tax) $_____

Tax Deposited $_____

Date Deposited _____

**Section 2**

Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return

**Form 940 Federal Tax Deposit (FTD) Information**

for the payroll period from _____ to _____

Gross wages paid to employees $_____

Tax Deposited      N/A      $_____

Date Deposited _____

### Certification
*(Certification is limited to receipt or electronic transmittal of deposit only)*

This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

Deposit Method (check box):
☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon
☐ Electronic Federal Tax Payment System (EFTPS) Deposit

| Amount (Form 941 Taxes) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
|---|---|---|
| | | |
| Amount (Form 940 Taxes) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| | | |

| Depositor's Employer Identification Number: | Name and Address of Bank |
|---|---|
| | |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed: _____    Date: _____

Name and Title (print or type)

Cat. #43099Z        Form 6123 (rev. 06-97)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, __Herman Jackson__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

__President__

DATED: __3-2-2010__

OPERATING REPORT Page 8



# FIFTH THIRD BANK
The things we do for dreams.

SUMMARY | MANAGE ACCOUNTS | MAKE PAYMENTS | TRANSFER FUNDS

LOG OUT

Account Balances    Account Nicknames

## Account Activity
**Welcome, ARK OF SAFETY APOSTOLIC FAITH**
Saturday, February 27, 2010

Account Activity | Account Summary | Account Statements        Export History

**Account:** BUSINESS BASICS CHECKING / (X9541)
**Statement Period:** Current Statement    GO

**BUSINESS BASICS CHECKING - X9541**
| | |
|---|---|
| Balance as of 02/26/10: | $5,130.00 |
| Pending: | $3,600.00 |
| Other: | -$1,025.00 |
| **Available Balance:** | **$7,705.00** |

Total  8730.00

[Hide]

**Pending Transactions** (BUSINESS BASICS CHECKING X9541)

Action

| Date | Time | Debit(-) | Credit(+) | Description |
|---|---|---|---|---|
| 02/27/10 | 03:34 PM | | $3600.00 | TELLER DEPOSIT |

[Hide]

**Posted Transactions** (BUSINESS BASICS CHECKING X9541)

Advanced Search:   Check Number [    ]    Keyword [        ]    GO

No transactions found.

Transactions and other information that appear on this page have occurred since your last statement cycle date. Please select another statement period to review previous account activity. | Disclosure/Error Resolution

Copyright © 2010 Fifth Third Bank, Member FDIC, Equal Housing Lender, All Rights Reserved
Contact Us | Service Center | Help | FAQs | Privacy & Security

---

*Handwritten note:*

Bank statement came on 2/26/10'
But deposit was made on 2/27/10
for $3600 rent/offerings/tithes that were paid on this date.

FIFTH THIRD BANK
(CHICAGO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

ARK OF SAFETY APOSTOLIC FAITH
TEMPLE INC DIP
5241 W 23RD ST
CICERO IL 60804-2843

0

32251

Account Type: Bus Basics Checking
Account Number: 7237135293

Banking Center: Auburn/Highland
Banking Center Phone: 773-783-2621
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 7237135293

| Date | | Description | Amount | | |
|---|---|---|---|---|---|
| 02/01 | | Beginning Balance | $6,692.21 | Number of Days in Period | 26 |
| | 4 | Checks | $(1,970.00) | | |
| | 5 | Withdrawals / Debits | $(5,693.66) | | |
| | 5 | Deposits / Credits | $2,335.00 | | |
| 02/26 | | Ending Balance | $1,363.55 | | |

### Checks

4 checks totaling $1,970.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1015 i | 02/08 | 620.00 | 1019 i | 02/17 | 500.00 | 1020 i | 02/17 | 500.00 |
| 1018*i | 02/23 | 350.00 | | | | | | |

### Withdrawals / Debits

5 items totaling $5,693.66

| Date | Amount | Description |
|---|---|---|
| 02/10 | 14.39 | SERVICE CHARGE |
| 02/16 | 529.27 | AMERICAN FAMILY PHONE PAY 000000010711h91 ARK OF SAFETY APOSTOLI 021610 |
| 02/16 | 100.00 | FUNDS TRANSFER TO SV: XXXXXX5150 REF # 00439696813 |
| 02/16 | 250.00 | FUNDS TRANSFER TO CK: XXXXXX9541 REF # 00439696813 |
| 02/16 | 4,800.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX9541 REF # 00185043996 |

### Deposits / Credits

5 items totaling $2,335.00

| Date | Amount | Description |
|---|---|---|
| 02/09 | 275.00 | DEPOSIT |
| 02/11 | 50.00 | DEPOSIT |
| 02/16 | 300.00 | DEPOSIT |
| 02/17 | 540.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX9541 REF # 00185104062 |
| 02/24 | 1,170.00 | DEPOSIT |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/08 | 6,072.21 | 02/11 | 6,382.82 | 02/23 | 193.55 |
| 02/09 | 6,347.21 | 02/16 | 1,003.55 | 02/24 | 1,363.55 |
| 02/10 | 6,332.82 | 02/17 | 543.55 | | |

### Fifth Third Rewards Summary

| Card | Point Balance | As of Date | Points Set to Expire | Expiration Date |
|---|---|---|---|---|
| ************2494 | 0 | 2/26/2010 | 0 | |

Combine your points with 53PointShare℠, redeem prizes, and review program terms online at www.fifththirdrewards.com. For additional questions or service needs, please contact our dedicated Fifth Third Rewards Service Line by calling 1.800.901.9962.

YOU SET YOUR GOALS. FIFTH THIRD BANK WILL HELP YOU REACH THEM. TO FIND OUT HOW FIFTH THIRD BANK IS MOVING FORWARD WITH YOU, PLEASE VISIT YOUR LOCAL FIFTH THIRD BANKING CENTER TODAY! MEMBER FDIC.

**FIFTH THIRD BANK**
(CHICAGO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

ARK OF SAFETY APOSTOLIC FAITH
TEMPLE INC DIP
5241 W 23RD ST
CICERO IL 60804-2843

0

32263

Statement Period Date: 2/16/2010 - 2/26/2010
Account Type: Bus Basics Checking
Account Number: 7237569541

Banking Center: Auburn/Highland
Banking Center Phone: 773-783-2621
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 7237569541

| Date | | Description | Amount |
|---|---|---|---|
| 02/16 | | Beginning Balance | $0.00 |
| | | Checks | |
| | 1 | Withdrawals / Debits | $(540.00) |
| | 3 | Deposits / Credits | $5,670.00 |
| 02/26 | | Ending Balance | $5,130.00 |

Number of Days in Period: 11

### Withdrawals / Debits — 1 item totaling $540.00

| Date | Amount | Description |
|---|---|---|
| 02/17 | 540.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX5293 REF # 00185104062 |

### Deposits / Credits — 3 items totaling $5,670.00

| Date | Amount | Description |
|---|---|---|
| 02/16 | 250.00 | FUNDS TRANSFER FROM CK: XXXXXX5293 REF # 00439696813 |
| 02/16 | 4,800.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX5293 REF # 00185043996 |
| 02/24 | 620.00 | DEPOSIT |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/16 | 5,050.00 | 02/17 | 4,510.00 | 02/24 | 5,130.00 |

### Fifth Third Rewards Summary

| Card | Point Balance | As of Date | Points Set to Expire | Expiration Date |
|---|---|---|---|---|
| ************7477 | 0 | 2/26/2010 | 0 | |

Combine your points with 53PointShare℠, redeem prizes, and review program terms online at www.fifththirdrewards.com. For additional questions or service needs, please contact our dedicated Fifth Third Rewards Service Line by calling 1.800.901.9962.

YOU SET YOUR GOALS. FIFTH THIRD BANK WILL HELP YOU REACH THEM. TO FIND OUT HOW FIFTH THIRD BANK IS MOVING FORWARD WITH YOU, PLEASE VISIT YOUR LOCAL FIFTH THIRD BANKING CENTER TODAY! MEMBER FDIC.

---

*Handwritten note:*

This acct was opened due to a fraud charge on other acct # 7237135293 and money was then transfer to this acct on Feb 16, 2010.
Also a savings was opened and has @ 100 transferred to it.

Page 1 of 2

**FIFTH THIRD BANK**
(CHICAGO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Account Type: Bus Savings
Account Number: 9236955150

ARK OF SAFETY APOSTOLIC FAITH
TEMPLE INC DIP
5241 W 23RD ST
CICERO IL 60804-2843

0

32273

Banking Center: Auburn/Highland
Banking Center Phone: 773-783-2621
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 9236955150

| Date | | Amount | | |
|---|---|---|---|---|
| 02/16 | Beginning Balance | $0.00 | Number of Days in Period | 11 |
| | Withdrawals / Debits | | | |
| 1 | Deposits / Credits | $100.00 | | |
| 02/26 | Ending Balance | $100.00 | | |

### Deposits / Credits

1 item totaling $100.00

| Date | Amount | Description |
|---|---|---|
| 02/16 | 100.00 | FUNDS TRANSFER FROM CK: XXXXXX5293 REF # 00439696813 |

### Daily Balance Summary

| Date | Amount |
|---|---|
| 02/16 | 100.00 |

YOU SET YOUR GOALS. FIFTH THIRD BANK WILL HELP YOU REACH THEM. TO FIND OUT HOW FIFTH THIRD BANK IS MOVING FORWARD WITH YOU, PLEASE VISIT YOUR LOCAL FIFTH THIRD BANKING CENTER TODAY! MEMBER FDIC.