IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARK OF SAFETY APOSTOLIC FAITH TEMPLE, Inc. | ) ) | Judge Jacqueline P. Cox |
| | ) | Case No. 09-31025 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hearing: 04/27/2010 at 10:30 a.m. |

To:    See attached service list

PLEASE TAKE NOTICE that on April 27, 2010, at 10:30 A.M., the undersigned will appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present MOTION TO EXTEND TIME TO CONFIRM THE PLAN, a copy of which is enclosed herewith and served upon you.

/s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838


CERTIFICATE OF SERVICE

I, Helena Milman, an attorney, on my oath and subject to penalties of perjury, certify that I served a true and correct copy of the foregoing Notice and the document to which it refers, on all parties entitled to service at the address listed below, by electronic notice or by fax, as set forth on the attached service list, on the 21st day of April, 2009.

/s/Helena Milman

## SERVICE LIST

**Via CM/ECF**
**U.S. Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

**Via U.S. Mail & Facsimile**
**Debtor**
Ark of Safety Apostolic Faith Temple, Inc.
c/o Bishop Herman Jackson
5247 W. 23rd Street
Cicero, IL 60804

Richard H. Fimoff
25 East Washington St.
Suite 1000
Chicago, IL 6060

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARK OF SAFETY APOSTOLIC FAITH TEMPLE, Inc. | ) ) | Judge Jacqueline P. Cox |
| | ) | Case No. 09-31025 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hearing: 04/27/2010 at 10:30 a.m. |

**MOTION TO EXTEND TIME TO CONFIRM PLAN**

NOW COMES the Debtor and Debtor in Possession ARK OF SAFETY APOSTOLIC FAITH TEMPLE, Inc (the "Debtor"), by and through its attorneys at Forrest L. Ingram, P.C., and respectfully requests, that this honorable Court enter an order allowing the Debtor additional time to confirm a Plan.  In support of its motion, the Debtor states:

1. The Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on August 24, 2009.

2. On February 19, 2010, Debtor filed its Plan of Reorganization and Disclosure Statement.

3. On March 16, 2010, this Court scheduled a Confirmation hearing for April 27, 2010, and set April 21, 2010 as the last day for creditors to vote and/or object to the Plan and the Disclosure Statement, and April 23, 20201 as a deadline to file a balloting report.

4. Debtor has been involved in negotiations with JP Morgan Chase ("Chase"), the main creditor in its case, which holds the largest secured and unsecured claims against the Debtor's estate.

5. Debtor and Chase have reached a tentative agreement as to repayment; however, the parties need additional time to finalize the terms of the agreement and to present it to this Court in form of a Proposed Confirmation Order.

6. Once the agreement is finalized, the Debtor believes that the Plan will be confirmed based on the Report of Ballots.

7. Since Debtor negotiations with Chase are in the final stages, the facts support the claim that it is more likely than not the court will confirm the plan within a reasonable time.

8. Therefore, Debtor and its creditors need seven (7) days to complete voting on the Plan, and two (2) days after the voting is completed, to file a balloting report.

WHREFORE, the Debtor and Debtor in Possession prays that this Honorable Court enter an order extending the deadline to object to and/or vote on the Debtor's Plan of Reorganization until April 28, 2010, granting Debtor until April 30, 2010 to file a balloting report, and extending the hearing on Confirmation of the Plan and Adequacy of the Disclosure Statement until May 4, 2010 at 9:30.  Debtor asks for such other and further relief as may be just.

    Respectfully submitted,
    ARK OF SAFETY APOSTOLIC FAITH
    TEMPLE, Inc.

    By:     /s/  Forrest L. Ingram
    One of its attorneys

Forrest L. Ingram , #3129032
Peter Berk
Helena Milman
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858
(312) 759-2838 fx