## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ARK OF SAFETY APOSTOLIC | ) Case No. 09 B 31025 |
| FAITH TEMPLE, INC. | ) |
| | ) |
| Debtor and Debtor in Possession. | ) Hon. Jacqueline P. Cox |
| | ) Hearing: May 11, 2010 at 9:30 a.m. |

### ORDER GRANTING SECOND APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND COSTS

THIS MATTER came to be heard on the Second Application of FORREST L. INGRAM, P.C. for Interim Compensation for Professional Services and for Reimbursement of Expenses. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$7,265.00** of the professional compensation requested for the time period beginning December 1, 2009 and ending March 31, 2010.

2. FORREST L. INGRAM, P.C. is awarded **$29.50** for reimbursement of expenses for the time period beginning December 1, 2009 and ending March 31, 2010.

3. DEBTOR, Ark of Safety Apostolic Faith Temple, Inc. is authorized and directed to pay FORREST L. INGRAM, P.C. the sum of **$7,294.50** in professional fees and for reimbursement of expenses.

Dated: 5/25/10

BY THE COURT:

/s/ Jacqueline P. Cox
The Honorable Jacqueline P. Cox
United States Bankruptcy Judge