**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | Case No. 09-08457 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chief Judge Carol A. Doyle |
| | ) | |
| | ) | Hearing:  September 8, 2009 at |
| | ) | 10:00 a.m. |

**NOTICE OF MOTION**

To:    See attached service list

PLEASE TAKE NOTICE that I will appear on **September 8, 2009 at 10:00 a.m.,** before the Honorable Carol A. Doyle, or any other Judge sitting in her stead, in Courtroom 742, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the First Application for Interim Compensation for Professional Services and for and Reimbursement of Expenses of Forrest L. Ingram, P.C., attorneys for the Debtor and Debtor in Possession, and request entry of orders in accordance with these applications.  AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
Peter L. Berk
Patrick F. Lambe
Helena Milman
Gautham Kaveti
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

I, Vik Chaudhry, a non-attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document, to which it refers, on all parties entitled to service, by electronic filing through ECF, or by regular U.S. mail, as set forth on the attached service list, at or before 5:00 p.m. on August 18, 2009.

/s/ Vik Chaudhry

## SERVICE LIST

**Via ECF:**

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Commercial Coin Laundry Systems**
c/o August A Pilati
August A. Pilati and Associates, Ltd.
53 W Jackson Blvd, Suite 528
Chicago, IL 60604
apilati@aapltdlaw.com
pmitchell@aapltdlaw.com
kfedinets@aapltdlaw.com
steve_horvath@ilnb.uscourts.gov

**Commercial Coin Laundry Systems**
c/o Robert Koback
Russel G. Winick & Associates, P.C.
1220 Iroquois Avenue, Suite 100
Naperville, IL 60563
rkoback@winicklaw.com
russwinlaw@sbcglobal.net
amcdonald@winicklaw.com
jlamb@winicklaw.com
tdoody@winicklaw.com

**Via US Mail & Email**:

**Termano, LLC**
c/o Eric C. Olsauskas
269 Blackhawk Road
Riverside, IL 60546
eolsauskas@comcast.net

**Centrue Bank**
c/o Heavner,Scott,Beyers, & Mihlar
P.O. Box 740
Decatur, IL 62525

**City of Urbana**
400 S. Vine Street
Urbana, IL 61801

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | Case No. 09-08457 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chief Judge Carol A. Doyle |
| | ) | |
| | ) | Hearing:  September 8, 2009 at |
| | ) | 10:00 a.m. |

**FIRST APPLICATION FOR INTERIM COMPENSATION FOR
PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES OF
FORREST L. INGRAM, P.C.**

FORREST L. INGRAM, P.C., ("Applicant") on behalf of its attorneys, duly

appointed counsel for Debtor and Debtor in Possession Termano, LLC (the "Debtor"),

hereby makes its first application for interim compensation ("this Application") pursuant

to Section 331 of the United States Bankruptcy Code, Bankruptcy Rule 2016 and Local

Rule 607 and requests that this Honorable Court enter an order allowing compensation

for legal services rendered and reimbursement of expenses incurred from March 2, 2009

through July 31, 2009.  In support of this Application, Applicant states as follows:

1.  On March 2, 2009, Debtor's managing member, Eric Olsauskas ("Olsauskas"),

having executed an Engagement Agreement with Applicant for services in connection

with a Chapter 11 case, consulted with Applicant concerning the data needed for Debtor's

Chapter 11 schedules and continuing to operate the Debtor's business in its normal

course.

2.  On March 13, 2009 (the "Petition Date"), the Debtor's Chapter 11 case was

filed.  The Debtor remains in possession of its assets and continues to conduct its

business pursuant to 11 U.S.C. §§1107 and 1108.

3.  On April 7, 2009, the Court entered an order approving the appointment of the attorneys of Forrest L. Ingram, P.C., as attorneys of record for Debtor and Debtor in Possession, retroactive to March 13, 2009.  A copy of the Order is attached, marked **Exhibit A**, and made part of this pleading.

4.  The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from March 13, 2009 through July 31, 2009, are scheduled in detail to the tenth of an hour and arranged *by natures* in **Exhibit B**, attached hereto.  A copy of Exhibit B has been sent to the Debtor with a request for review of the details, and for objections, if any.  The debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

5.  Applicant's timesheets have also been arranged *by attorney* in **Exhibit C**, attached hereto.

6.  A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached hereto as **Exhibit D**.

7.  All services for which compensation is requested were in connection with these bankruptcy proceedings.  All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtors and Debtors in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8.  Applicant requests the allowance of payment of compensation for legal services during the period March 13, 2009 through July 31, 2009 in the sum of $24,093.50.

9.   The services rendered by Applicant were directly related and necessary to preparation for filing the Chapter 11 case, filing the Chapter 11 case, and the administration of the Chapter 11 case, including but not limited to representing the Debtor at the initial debtor interview and Section 341(a) meeting, negotiating with a creditor for settlement purposes, representing Debtor in Court on motions of creditors to lift the automatic stay, drafting, reviewing, and revising Debtor's Disclosure Statement, researching issues relevant to the proceedings, and responding to various inquiries from creditors.

10.   HOURS OF SERVICES PROVIDED BY CATEGORY and ATTORNEY AND CLERK TIMES – Forrest L. Ingram, P.C. provided a total of 71.7 hours of services during the current period.  The hours, broken down by natures, are summarized in **Exhibit B.**  They are as follows:

**a. Adm** Approximately 9.0 hours of time and service were rendered in connection with matters that were administrative in nature including, but not limited to, reviewing the Debtor's schedules, instructing the Debtor as to his duties in Chapter 11, filing the Chapter 11 petition, and preparing for and attending the initial debtor interview and first meeting of creditors.  For these services, Applicant asks for fees of **$3,095.50**

**b. Adv** Approximately 0.3 hours of time and services were rendered in connection with discussions with Roger Sachar, another attorney, regarding possible litigation involving the Debtor.  For these services, Applicant asks for fees of **$132.00.**

**c. CashC** Approximately 14.1 hours of time and service were rendered in connection with the issue of whether the Debtor would need Court approval to use cash collateral, including, but not limited to, drafting and revising cash collateral orders,

engaging in settlement negotiations with Debtor's bank for a cash collateral order, and

drafting and filing Debtor's Motion to Use Cash Collateral.  For such services, Applicant

seeks **$5,207.00**

**d. CM** Approximately 10.2 hours of time and service were rendered in

connection with discussing and responding to creditor Commercial Coin's Motion to Lift

Stay, researching the issue of the enforceability of automatically renewing leases, and

appearing in Court regarding creditor Commercial Coin's Motion to Lift Stay.  For such

services, Applicant seeks **$3,804.00**.

**e. Cred** Approximately 4.8 hours of time and service were rendered in connection

with dealing with creditors, including, but not limited to, sending notice of the Chapter 11

bar date for submitting claims, and reviewing creditors' proofs of claims.  For such

services, Applicant seeks **$1,211.00**.

**f. DS&P** Approximately 19.1 hours of time and service were rendered in

connection with preparing to file the Debtor's Plan of Reorganization and Disclosure

Statement, including, but not limited to, drafting and revising the Plan of Reorganization

and Disclosure Statement, reviewing any possible objections to the Plan of

Reorganization and Disclosure Statement, and appearing in Court in support of Debtor's

Motion to Extend Time to File a Plan of Reorganization and Disclosure Statement.  For

such services, Applicant seeks **$6,039.00**.

**g. Employ** Approximately 4.9 hours of time and service were rendered in

connection with applying to the Court for the employment of the Debtor's professionals,

including, but not limited to, drafting and filing an application to employ counsel,

drafting and revising applications to employ Special Counsel and Broker, and attending

the hearings regarding the employment of Special Counsel and Broker.  For such services, Applicant seeks **$1,414.00**.

**h. Fee**  Approximately 0.1 hours of time and services were rendered in connection with preparing the fee applications of the Debtor's professionals.  For such services, Applicant seeks **$44.00.**

**i. Ins**  Approximately 0.1 hours of time and services were rendered in connection with reviewing Debtor's insurance information.  For such services, Applicant seeks **$44.00.**

**j.  Obj** Approximately 1.9 hours of time and services were incurred with respect to objections to the claims of creditors, including, but not limited to, conferencing regarding the strategy for objecting to the claims of creditors.  For such services, Applicant seeks **$836.00**.

**k.  Pre-Tr** Approximately 0.6 hours of time and services were incurred in connection with conferencing regarding possible litigation involving the Debtor.  For such services, Applicant seeks **$264.00**.

**l.  Resrch** Approximately 2.6 hours of time and services were incurred in connection with researching legal issues, including, but not limited to, single asset real estate requirements, leases running with the land, rejection of a real property lease that has commenced, and rejection of leases under 11 U.S.C. §365(h).  For such services, Applicant seeks **$455.00**.

**m. SaleRE**  Approximately 1.7 hours of time and services were incurred in connection with conferencing regarding selling real estate in the ordinary course of business and engaging a broker to do so.  For such services, Applicant seeks **$748.00**

**n.  Trste** Approximately 2.3 hours of time and services were incurred in connection with communicating with the United States Trustee, including, but not limited to, meeting with Debtor, Trustee, and attending an Initial Debtor Interview.  For such services, Applicant seeks **$800.00**.

11. HOURS OF SERVICES PROVIDED BY ATTORNEYS AND CLERKS – the firm provided a total of approximately 71.7 hours of service, broken down by attorney as indicated on **Exhibit C**, as follows:

**a. Attorney Forrest L. Ingram** provided approximately 43.4 hours of services at $440.00 per hour, including all phases of the Chapter 11 case.

**b. Attorney Gautham Kaveti** provided approximately 26.5 hours of services at $175.00 per hour, including all phases of the Chapter 11 case.

**c. Attorney Helena Milman** provided approximately 1.8 hours of services at $200.00 per hour, including all phases of the Chapter 11 case.

12. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

13. Applicant is seeking reimbursement of expenses in the amount of $1,055.58. An itemization of expenses is attached to this Application as **Exhibit E.**

14.  Prior to Petition Date, Applicant received from Debtor and deposited into its trust account, the sum of $5,000.00 toward the agreed upon retainer of $15,000.00, plus the $1,039.00 filing fee for the Chapter 11 case.

15.  After filing, Applicant received from a third party, not a creditor, the sum of $10,003.00 toward the $15,000.00 retainer and deposited it in the Firm's operating

account.  Pre-bankruptcy planning fees were incurred by the Debtor in the amount of

$1,364.00 and have been deducted from the deposit.

16.   This Application and a Notice of Hearing on the First Application has been

sent to the Debtor, to the U.S. Trustee, and to parties entitled to notice.  A Notice of

Hearing on this application has likewise been sent to all other creditors and parties of

interest, along with a summary of all services provided by Debtors' counsel to the

Debtors.  A Certificate of Service for the Notice has been filed with the Clerk of the

Court.

17.   This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

**WHEREFORE,** Applicant respectfully requests that the Court conduct an

appropriate hearing on Counsel's application and allow a reasonable fee to Debtor's

Counsel in the sum of $24,093.50 for services for the period of March 13, 2009 through

July 31, 2009, and reimbursement of expenses in the amount of $1,055.58.  Applicant

asks that it be granted leave to apply to the fee award the pre-petition retainer of

$5,000.00, and to the reimbursement of expenses, award the advance filing fee of

$1,039.00.  Applicant asks that the remaining retainer of $8,639.00 received from the

third party non-creditor also be applied to the fees awarded.  Finally, Applicant asks that

the Debtor be authorized and directed to pay to Forrest L. Ingram, P.C. the remaining net

amount of $10,471.08 from its operating funds.  Applicant asks for such other relief as

may be appropriate.

Respectfully Submitted,

Forrest L. Ingram, P.C.


/s/ Forrest L. Ingram
Attorney for the Debtor


Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
Peter L. Berk
Patrick F. Lambe
Helena Milman
Gautham Kaveti
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838