UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR - 6 2010
EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:

COMPASS MECHANICAL SERVICES, INC.

Debtor

Case No. 09 B 47131

Chapter 11

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L. INGRAM, P.C., ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $15,993.00 | TOTAL COSTS REQUESTED: | $1,199.37 |
| TOTAL FEES REDUCED: | $1,100.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $14,893.00 | TOTAL COSTS ALLOWED: | $1,199.37 |

**TOTAL FEES AND COSTS ALLOWED: $16,092.37**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)    **Clerical Work Not Compensable**
The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

(2)    **No Benefit to the Estate**
The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

Dated: April 6, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

**Forrest L. Ingram, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 900
Chicago, IL 60603-4907

Compass

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 12/14/09 | Admin | inputted information on bestcase for filing, sent to client to review | VC | 0.9 | $157.50 |
| 12/14/09 | Admin | filed Ch 11 case, emailed client re: same and schedule due date | VC | 0.4 | $70.00 |
| 12/15/09 | Admin | Review documents faxed by client relating to various items of litigation. | FLI | 0.2 | $88.00 |
| 12/15/09 | Admin | Spoke with MW and sent email re setting up DIP account and complying with other instructions from trustee. | FLI | 0.2 | $88.00 |
| 12/15/09 | Admin | Spoke with MW re four suits filed against the company. | FLI | 0.2 | $88.00 |
| 12/15/09 | Admin | Draft initial case management sheet. | FLI | 0.1 | $44.00 |
| 12/16/09 | Admin | Drafted letter to Paul O'Keefe re: bankrutpcy petition | PG | 0.6 | $105.00 |
| 12/16/09 | Admin | Drafted letter to Daniel Leadly re: bankrutpcy petition | PG | 0.6 | $105.00 |
| 12/16/09 | Admin | Drafted letter to Jennifer L. Dunitz-Geiringer re: bankrutpcy petition | PG | 0.6 | $105.00 |
| 12/16/09 | Admin | Drafted letter to William P. Callinan re: bankrutpcy petition | PG | 0.6 | $105.00 |
| 12/16/09 | Admin | emailed client re: DIP Accounts | VC | 0.1 | $17.50 |
| 12/21/09 | Admin | Schedule IDI and 341 meeting on calendar. | FLI | 0.1 | $44.00 |
| 12/21/09 | Admin | spoke to client re: schedules and DIP account | VC | 0.1 | $17.50 |
| 12/22/09 | Admin | Researching union strikes during bankruptcy | Clerk2 | 0.8 | $72.00 |
| 12/22/09 | Admin | phone call with client re: Pipe Fitts Assn withdrawal of employees | VC | 0.1 | $17.50 |
| 12/22/09 | Admin | direct Brad on research on labor unions in bky | VC | 0.1 | $17.50 |
| 12/28/09 | Admin | Drafting motion to extend deadline to file schedules | Clerk2 | 1.0 | $90.00 |
| 12/28/09 | Admin | Scanning and filing motion to extend deadline to file schedules | Clerk2 | 0.3 | $27.00 |
| 12/28/09 | Admin | Review and revise motion to extend time to file original schedules. | FLI | 0.1 | $44.00 |
| 12/28/09 | Admin | directed Brad on motion to extend time to file schedules | VC | 0.1 | $17.50 |
| 12/28/09 | Admin | reviewed motion to extend time to file schedules | VC | 0.2 | $35.00 |
| 12/28/09 | Admin | spoke with client re: current issues | VC | 0.1 | $17.50 |
| 1/4/10 | Admin | prepared proposed order and filed motion to implement changes to collective bargaining agreement (filed and served the same | VC | 0.6 0.3 | $117.00 $53 |
| 1/5/10 | Admin | Spoke with VC re IDI meeting. | FLI | 0.1 | $45.00 |
| 1/5/10 | Admin | Meeting with client in prep of IDI | MOV | 0.2 | $44.00 |
| 1/5/10 | Admin | Appeared at IDI | MOV | 0.5 | $110.00 |

EXHIBIT B

-$44
-$27
-$53

| Date | Type | Description | Staff | Hours | Amount |
|---|---|---|---|---|---|
| 1/21/10 | Admin | Spoke with MW and MO re 341 meeting, questions by trustee, and agreement with bank re cash collateral. | FLI | 0.3 | $135.00 |
| 1/22/10 | Admin | Printing and mailing out copies of Motion authorizing use of cash collateral | Clerk2 | 3.0 | $270.00 |
| 1/22/10 | Admin | Preparation and filing of December disbursement summary | PG | 0.2 | $39.00 |
| 1/25/10 | Admin | Spoke with IDES re changing the address. Direct MO to do same. | FLI | 0.1 | $45.00 |
| 1/25/10 | Admin | Spoke with MO re status of case. | FLI | 0.1 | $45.00 |
| 1/25/10 | Admin | amended schedules | VC | 0.3 | $58.50 |
| 1/25/10 | Admin | fled amended schedules, declarations, other required docs | VC | 0.5 | $97.50 |
| 1/25/10 | Admin | called Judge Wedoff's clerk to arrange times for motions to be heard and to strike hearing | VC | 0.1 | $19.50 |
| 1/26/10 | Admin | phone call to opp counsel (Sherman & Sherman) re: Ford Motor Credit | MOV | 0.1 | $22.00 |
| 1/27/10 | Admin | On the phone with Mike W. and Mike Ohlman regarding Compass | Clerk2 | 0.3 | $27.00 |
| 1/28/10 | Admin | Picking up CD trinscript at Dirksen | Clerk2 | 0.4 | $36.00 |
| 2/1/10 | Admin | phone call to C Purcell re: Ford Credit's motion to lift the stay | MOV | 0.1 | $22.00 |
| 2/2/10 | Admin | Prepare for court and court appearance re status. | FLI | 0.5 | $225.00 |
| 2/2/10 | Admin | Attorney Conference with PG and FLI re: motion for sanctions | MOV | 0.3 | $66.00 |
| 2/2/10 | Admin | Prepartation for Court: Status and Pipefitters issues | PG | 0.3 | $58.50 |
| 2/2/10 | Admin | Court Appearance: case status, pipefitters union's violaiton of the automatic stay | PG | 0.7 | $136.50 |
| 2/5/10 | Admin | Delivery of courtesey copy of motion for sanctions to judge | Clerk2 | 0.4 | $36.00 |
| 2/5/10 | Admin | Prepared letter to Judge Zagel with courtesy copies - faxed the same to opposing counsel | MOV | 0.3 | $66.00 |
| 2/5/10 | Admin | Phone call to co-counsel re: District Court Case, follow-up email re: same | MOV | 0.3 | $66.00 |
| 2/5/10 | Admin | phone call to client MW re: open issues: IL dep of rev, union issues, motion for sanctions | MOV | 0.2 | $44.00 |
| 2/8/10 | Admin | Picking up transcript from Jackie DeFini's Office | Clerk2 | 0.4 | $36.00 |
| 2/12/10 | Admin | prepared letter to iL Dept of Rev. re: automatic stay - faxed letter to T. Baldwin | MOV | 0.3 | $66.00 |
| 2/15/10 | Admin | Spoke with MO re motions that need to be filed in the case. | FLI | 0.2 | $90.00 |
| 2/16/10 | Admin | Phone call with client re: Union issues - motion for sanctions and settlement | MOV | 0.3 | $66.00 |
| 2/16/10 | Admin | Phone call with client re: outstanding issues : hiring new employees, operating reports etc. | MOV | 0.1 | $22.00 |

$180

| Date | Code | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 2/18/10 | Admin | Drafting certificate of service for order for claims bar date | Clerk2 | 0.2 | $18.00 |
| 2/18/10 | Admin | Mailing out order for claims bar date to creditors | Clerk2 | 2.0 | $180.00 |
| 1/20/10 | CashC | conference w/ MO re: current issues re: cash collateral | VC | 0.6 | $117.00 |
| 1/26/10 | CashC | Spoke with MO re entry of interim cash collateral order. Discuss opposition of Pipefitters' Union. | FLJ | 0.1 | $45.00 |
| 1/26/10 | CashC | Entered order re: cash collateral | MOV | 0.6 | $132.00 |
| 2/17/10 | CashC | Conference with MO re court approval of final cash collateral order. | FLJ | 0.1 | $45.00 |
| 1/14/10 | CM | spoke to Jeff Krol re: Dec contributions to Local 597 | VC | 0.1 | $19.50 |
| 1/14/10 | CM | email to Will Calinan re: contributions to Local 597 | VC | 0.1 | $19.50 |
| 1/14/10 | CM | spoke to Jeff Krol re: Dec contributions to Local 597 | VC | 0.1 | $19.50 |
| 1/14/10 | CM | reviewed letter of understanding with local 597, sent same to client for comments | VC | 0.1 | $19.50 |
| 1/20/10 | CM | Appearance in court on bank's motion for order barring cash collateral - hearing date set for motion to lift stay | MOV | 0.5 | $110.00 |
| 1/20/10 | CM | Atty Conference with opposing counsel re: cash collateral order and other outstanding issues with secured lender | MOV | 0.2 | $44.00 |
| 1/21/10 | CM | Review motion to enter agreed order; discuss with MO. | FLJ | 0.1 | $45.00 |
| 1/26/10 | CM | Spoke with MO re Pipefitters' motion to amend complaint in US District Court. Discuss motion for sanctions against union. | FLJ | 0.2 | $90.00 |
| 1/26/10 | CM | Continued 341 conference - meeting with client re: same | MOV | 1.1 | $242.00 |
| 1/26/10 | CM | Reviewed Motion re: amend ND complaint - spoke with client re: same | MOV | 0.4 | $88.00 |
| 1/27/10 | CM | Reviewed the Motion to Amend and Amended Complaint in the ND case filed by Local 597 | MOV | 0.3 | $66.00 |
| 1/27/10 | CM | Phone call with client re: motion to amend and amended complaint filed by Local 597 | MOV | 0.2 | $44.00 |
| 2/2/10 | CM | Spoke with MO and PG re union's attempt to pierce the corporate veil in U.S. District Court case; dismuss motion for sanctions. | FLJ | 0.2 | $90.00 |
| 2/2/10 | CM | Drafted Outline and facts section for Motion for Sanctions - additional research re: sec. 541 claims | MOV | 2.4 | $528.00 |
| 2/3/10 | CM | Spoke with MO re motion for sanctions against Pipefitters. | FLJ | 0.1 | $45.00 |
| 2/3/10 | CM | Drafted Motion for Sanctions - sections II, III and IV. Reviewed dockets for information | MOV | 4.3 | $946.00 |
| 2/4/10 | CM | Review and revise motion for sanctions against Pipefitters. | FLJ | 1.0 | $450.00 |
| 2/4/10 | CM | Edited and Revised Motion for Sanctions | MOV | 2.3 | $506.00 |

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 2/4/10 | CM | Organized exhibits and Prepared Notice of Filing | MOV | 0.8 | $176.00 |
| 2/5/10 | CM | Sign appeaance for US District court case; riew email from MO to other attorneys in the case. | FLI | 0.1 | $45.00 |
| 2/5/10 | CM | Filed Motion for Sanctions with service list | MOV | 0.4 | $88.00 |
| 2/9/10 | CM | Obtain report from MO re court hearing on motion for sanctions against Pipefitter's union. Discuss options going forward. | FLI | 0.3 | $135.00 |
| 2/9/10 | CM | Reviewed pleading - motion for sanctions for hearing | MOV | 0.4 | $88.00 |
| 2/9/10 | CM | Appeared in Court on Motion for Sanctions | MOV | 1.0 | $220.00 |
| 2/9/10 | CM | Reviewed correspondence from opp counsel (J. Krol) re: motion for sanctions | MOV | 0.1 | $22.00 |
| 2/9/10 | CM | Prepared response to letter from opp counsel (J. Krol) re: motion for sanctions and unacceptable offer - faxed and mailed the same | MOV | 0.3 | $66.00 |
| 2/10/10 | CM | Conference with MO re motion for sanctions against Pipefitters Union, and readiness of union to pay attorney fees. | FLI | 0.1 | $45.00 |
| 2/12/10 | CM | Prepared Motion to set claims bar date and order - filed the same | MOV | 0.5 | $110.00 |
| 2/15/10 | CM | Review and revise motion to vacate order lifting the stay for Ford Motor Credit. | FLI | 0.1 | $45.00 |
| 2/15/10 | CM | Prepared Motion for an extension to file the DS&P | MOV | 0.4 | $88.00 |
| 2/15/10 | CM | Prepared Motion to Vacate relief from stay (Ford Motor Credit) | MOV | 0.5 | $110.00 |
| 2/15/10 | CM | Revised and Filed Motion to Vacate Order granting relief from stay | MOV | 0.2 | $44.00 |
| 2/17/10 | CM | appeared in court on claims bar date and cash collateral order | MOV | 1.6 | $352.00 |
| 2/18/10 | CM | email to counsel at J&K re: letter of settlement (reviewed their correspondence and responded) | MOV | 0.1 | $22.00 |
| 2/23/10 | CM | Give instructions to MO re responding to motion to lift stay. | FLI | 0.1 | $45.00 |
| 2/24/10 | CM | Appeared in court on Motion to vacate lifting of stay and app to employ | MOV | 1.3 | $286.00 |
| 2/4/10 | Cred | Proofread motion for sanctions and to enforce the automatic stay | PG | 0.4 | $78.00 |
| 2/3/10 | DS&P | Review court order re filing plan; spoke with MO and VC re same. | FLI | 0.1 | $45.00 |
| 2/11/10 | DS&P | Spoke with MO re preparing a plan. | FLI | 0.1 | $45.00 |
| 2/15/10 | DS&P | Meet with MO re disclosure statement and plan. | FLI | 0.1 | $45.00 |
| 2/15/10 | DS&P | Review and revise motion to extend time to file the disclosure statement and plan. | FLI | 0.1 | $45.00 |
| 2/15/10 | Employ | Review and revise application to employ counsel. | FLI | 0.2 | $90.00 |
| 2/15/10 | Employ | Prepared Motion to employ - Affidavit and Proposed Order | MOV | 0.7 | $154.00 |

| Date | Category | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 2/2/10 | Fin | Spoke with Mary McGuire and MO re possible funding for Compass' chapter 11 case. | FLI | 0.2 | $90.00 |
| 1/21/10 | Pre-tr | Prepared motion and (service for cash collateral) | MOV | 0.8 1.6 | $352.00 $176 |
| 12/22/09 | Resrch | researched effects of bankruptcy on labor union | VC | 0.8 | $140.00 |
| 12/29/09 | Resrch | researched issue of striking union in bky | VC | 1.2 | $210.00 |
| 1/4/10 | Resrch | researched motions under 1113(e) | VC | 0.6 | $117.00 |
| 2/8/10 | Resrch | Researched 1113 requirements and factors | MOV | 1.5 | $330.00 |
| 1/5/10 | Trste | meet with Mike W. beforehand to prep for IDI | VC | 0.3 | $58.50 |
| 1/5/10 | Trste | attended IDI | VC | 0.5 | $97.50 |
| 1/21/10 | Trste | 341 Meeting - meetin before and after 341 to discuss the conference and necessary steps to confirm plan | MOV | 3.1 | $682.00 |
| 1/21/10 | Trste | attended 341 | VC | 1.1 | $214.50 |
| 1/27/10 | Trste | reviewed fax, called trial atty at UST for information re: insurance forms, prepared correspondence to US Trustee with insurance information and notice party | MOV | 0.3 | $66.00 |
| 2/17/10 | Tx | Spoke with MO re settlement discussions between client and IRS. | FLI | 0.2 | $90.00 |
| 12/29/09 | Union | spoke with Todd Miller re: 09 C 5080 | VC | 0.1 | $17.50 |
| 12/30/09 | Union | Discuss with VC his research re union benefits unpaid prior to chapter 11 filing. | FLI | 0.2 | $88.00 |
| 12/30/09 | Union | Direct VC to set up meeting with MW on Saturday to discuss problems with union. | FLI | 0.1 | $44.00 |
| 12/30/09 | Union | spoke on phone w/ Mike re: union issues | VC | 0.3 | $52.50 |
| 12/30/09 | Union | spoke with counsel from local 597 re: union issues | VC | 0.2 | $35.00 |
| 12/30/09 | Union | conference with FLI re: union issues | VC | 0.2 | $35.00 |
| 1/2/10 | Union | Meet with MW and VC re possible rejection of union contract, § 1113 requirements, and motion for immediate relief. | FLI | 1.0 | $450.00 |
| 1/2/10 | Union | conference w/ FLI and Mike W. re: Union issues | VC | 1.0 | $195.00 |
| 1/4/10 | Union | Review and approve motion to alter termorarily the terms of the collective bargaining agreement. | FLI | 0.2 | $90.00 |
| 1/4/10 | Union | drafted and revised motion to implement changes to collective bargaining agreement pursuant to 1113(e) | VC | 1.4 | $273.00 |
| 1/5/10 | Union | Spoke with VC re agreement of Pipe Fitters Union, with Compass's approval, to direct union employee to return to work without the need to compel an alteration in the Collective Bargaining Agreement. | FLI | 0.1 | $45.00 |