IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | Chapter 11 |
| Compass Mechanical Services | No. 09 B 47131 |
| Debtors. | Judge Eugene R. Wedoff |

### AGREED ORDER ASSUMING LEASE & CONDITIONING AUTOMATIC STAY

This cause coming on to be heard on the motion of Cab West LLC to modify the automatic stay, due and proper notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the following unexpired lease agreements between the Debtor and Cab West LLC are assumed upon the entry of this Order:

1. An unexpired lease on a 2009 Lincoln MKS, VIN1LNHM94R69G603829
2. An unexpired lease on a 2008 Lincoln MKX, VIN 2LMDU88C18BJ13467.

IT IS FURTHER ORDERED that, if at any time during the pendency of this Chapter 11 case the Debtors' lease payments to Cab West LLC, on either or both of the aforementioned assumed leases accrue a default equal to two monthly payments or more, or if at any time the aforementioned leased vehicles are not covered by collision and comprehensive insurance naming Cab West LLC as the loss-payee thereof, then and in that event counsel for Cab West LLC may send notice of said payment default and /or insurance default to the Debtors and Debtors' attorney, and, if said payment default and/or insurance default is not completely cured within fourteen days of the mailing of the aforesaid notice, *with proof of said cure provided by facsimile to Sherman&Sherman,* then and in that event the restraining provisions of Section 362 of the Bankruptcy Code shall be automatically modified without further notice, hearing, or Order, to permit Cab West LLC to take possession of and sell the aforementioned vehicles. 

IT IS FURTHER ORDERED that upon lease termination, then and in that event the restraining provisions of Section 362 of the Bankruptcy Code shall be automatically modified without notice, hearing, or Order, to permit Cab West LLC to take possession of and sell the aforementioned vehicles. The termination date on the 2009 Lincoln MKS, VIN 1LNHM94R69G603829 is July 17, 2011. The termination date on the 2008 Lincoln MKX, VIN 2LMDU88C18BJ13467 is July 30, 2011.

IT IS FURTHER ORDERED that the restraining provisions of Section 362 of the Bankruptcy Code are modified to the limited extent necessary to allow regular communication between the Debtors and Cab West LLC including, but not limited to, regular monthly bills and invoices, phone calls, letters etc.

_____
Counsel for Debtor

/s/ Christopher H. Purcell
Christopher H. Purcell
Sherman&Sherman
120 S. LaSalle, Suite 1420
Chicago, Illinois 60603
Atty. for Cab West LLC

Enter: _____
Bankruptcy Judge

Dated:    7 APR 2010