## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |

### ORDER

This matter coming to be heard on the Debtor's Motion to Incur Debt, due notice having been given, the Court and parties being fully advised in these premises and no objections being raised to the motion,

**IT IS HEREBY ORDERED:**

Debtor and Debtor in Possession, Compass Mechanical Services, Inc., is hereby authorized to incur indebtedness in the amount of $109,000 from West Suburban Bank. The terms of the agreement shall be as follows:

a. the new note will provide the Debtor with a term business loan for $109,000;

b. the rate on the note will be WSB Prime Rate + 1.500%, floating with an interest rate floor of 5.500%;

c. the term will be 60-months, fully amortized; and

d. the note is secured by a first priority lien over all business assets and inventory of the Debtor.

Dated: 13 APR 2010

BY THE COURT

The Honorable Eugene R. Wedoff
U.S. Bankruptcy Judge

Prepared by Forrest L. Ingram P.C.

1