UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Eugene R. Wedoff

Hearing Date: 4/14/10

Bankruptcy Case No.: 09-47131

Adversary No.:

Title of Case: In re: Compass Mechanical Services, Inc.

Brief Statement of Motion: Pipe Fitters' Trustees Motion for Relief from the Stay and Abandonment

Names and Addresses of moving counsel: Jeffrey Krol, Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Representing: Pipe Fitters' Trustees

## ORDER

This matter coming before the Court on April 14, 2010, and the Court finds that the Petioners' Motion is ~~irrelevant~~ because the Automatic Stay does not apply to the claims sought by the Petioners, and is hereby dismissed

denied as unnecessary

/s/ Eugene R. Wedoff
14 APR 2010