## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc., | ) | Case No.: 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |

Board of Trustees of the Pipe Fitters Retirement Fund, Local 597;
Board of Trustees of the Pipe Fitters Welfare Fund, Local 597;
Board of Trustees of the Pipe Fitters Training Fund, Local 597;
Board of Trustees of the Chicago Area Mechanical Contracting Industry Improvement Trust;
Board of Trustees of the Pipe Fitters Individual Account and 401(k) Plan;
Board of Trustees of the Pipe Fitting Council of Greater Chicago;
The Pipe Fitters' Association, Local 597 U.A.;

                                                          Petitioners,

vs.

Compass Mechanical Services, Inc,

                                                          Respondent.

## ORDER FOR RULE 2004 EXAMINATION

THIS CAUSE COMING ON to be heard on the Motion of Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, *et al.* ("Petitioners") for an Order for Rule 2004 Examination, no written objections filed and the court being fully advised in the premises:

**IT IS HEREBY ORDERED AS FOLLOWS:**

Debtor is required to provide Petitioners' auditor access to the following documents to complete a Payroll Compliance Audit within 15 days of the entry of this Order:

    (a)    A listing of all jobs performed by Compass Mechanical Services, Inc. for the period of November 1, 2008 through April 30, 2010;

    (b)    Copies of Illinois state unemployment forms for each employee of jobs performed by Compass Mechanical Services, Inc. for the period of November 1, 2008 through April 30, 2010;

    (c)    Copies of W-2's for each employee of Compass Mechanical Services, Inc. for the period of November 1, 2008 through April 30, 2010;

(d)  Copies of weekly payroll records (including hours and pay) for each employee of Compass Mechanical Services, Inc. for the period of November 1, 2008 through April 30, 2010;

(e)  Copies of job cost records for jobs performed by Compass Mechanical Services, Inc. for the period of November 1, 2008 through April 30, 2010;

(f)  Copies of all 1099's submitted to the IRS by Compass Mechanical Services, Inc. for the period of November 1, 2008 through April 30, 2010; and

(g)  Any other records necessary to complete the Payroll Compliance Audit.

11 MAY 2010