**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: May 25, 2010 at 9:30 a.m |

**NOTICE OF MOTION**

To:     See attached service list

PLEASE TAKE NOTICE that on **May 25, 2010 at 9:30 a.m.,** the undersigned will appear before the Honorable Judge Eugene Wedoff, Bankruptcy Judge, or such other judge as may be sitting in his stead in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEBTOR'S SECOND MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT,** a copy of which is enclosed herewith and served upon you.

/s/ Michael V. Ohlman

Forrest L. Ingram , #3129032
Michael V. Ohlman #6294512
Phil Groben #6299914
FORREST L. INGRAM, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858

**CERTIFICATE OF SERVICE**

I, Michael V. Ohlman, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, or by fax, as indicated on the list, on May 13, 2010.

/s/ Michael V. Ohlman

## SERVICE LIST

**VIA US MAIL AND FACSIMILE**

**Compass Mechanical Services, Ltd.**
165 Easy Street
Carol Stream, IL 60188

**By ECF Notice and Facsimile:**

**William T. Neary**
**Office of the U.S. Trustee, Region 11**
219 S. Dearborn, 8th Floor
Chicago, IL 60602
USTPRegion11.ES.ECF@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: May 25, 2010 at 9:30 a.m |

**DEBTOR'S SECOND MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN
AND DISCLOSURE STATEMENT**

Now Comes the Debtor and Debtor in Possession, COMPASS MECHANICAL

SERVICES, INC. ("Debtor"), by and through its attorneys, FORREST L. INGRAM, P.C., and

moves this Honorable Court for an extension of time to file its chapter 11 Plan and Disclosure

Statement.  In Support thereof, the Debtor states as follows:

1.  The Debtor filed its chapter 11 bankruptcy case on December 14, 2009.

2.  On February 2, 2010, this Honorable Court entered an order setting March 3, 2010 as the

deadline for the Debtor to file its Disclosure Statement and Plan.  The Court's order also sets a

status on the Disclosure Statement and Plan for March 10, 2010, at 10:00am.

3.  On February 24, 2010 the Debtor was granted an extension to file the Disclosure

Statement and Plan.  The Disclosure Statement and Plan are presently due to be filed on May 17,

2010.

4.  The vast majority of the Debtor's scheduled debt is held by a small number of creditors.

To that end, the Debtor is in the midst of negotiations with the Internal Revenue Service and

other creditors holding executory contracts that may need to be modified.

5.  The Debtor requires time to complete negotiations with the priority creditors.

6.   Upon successful negotiations with its creditors, the Debtor will be able to propose a more feasible plan which will assure its success in reorganization.

7.   The Debtor is also undergoing changes in its management structure and one of the principals is seeking to end his relationship with the Debtor.  Due to this unforeseen circumstance, a great deal of uncertainty arose with respect to the Debtor's pending obligations and outstanding liabilities.

WHEREFORE, Compass Mechanical Services, Inc. respectfully requests that this Court enter an order extending time to file Debtor's Plan and Disclosure Statement until July 26, 2010, and for such other and further relief as this court may deem just.


Respectfully submitted,

COMPASS MECHANICAL SERVICES, INC.

By:     /s/ Michael V. Ohlman
          One of their attorneys


Forrest L. Ingram , #3129032
Michael V. Ohlman #6294512
Phil Groben #6299914
FORREST L. INGRAM, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2838